# EXHIBIT "A"

NYU Langone Eye Center
*Department of Ophthalmology*
222 East 41st St., 3rd Floor
New York, N.Y.
10017-4976
Phone: (212) 263-2573
Fax: (212) 264-9763

Date: June 19, 2025

**RE: Francisco Soto: Client No. A-937839**
*DOB: July 25, 1975*

To Whom It May Concern:

I am writing in my capacity as a board-certified ophthalmologist and retina specialist at NYU Langone Eye Center. Mr. Francisco Soto has been under my care for advanced Wet Age-Related Macular Degeneration (Wet AMD), a progressive retinal disease that causes severe and permanent central vision loss.

Despite ongoing treatment, Mr. Soto's visual function is extremely limited. He retains only bare perception of objects at best, with profound impairment in central acuity, contrast sensitivity, and fine-detail recognition. His condition significantly restricts his ability to perform essential daily visual tasks, including reading, recognizing faces, navigating unfamiliar environments, and safely interacting with digital interfaces or printed materials.

Wet AMD is a chronic, degenerative condition. While treatment may slow further deterioration, **there is no cure**, and the vision loss Mr. Soto has sustained is permanent. His level of impairment meets the clinical criteria for legal blindness.

Given the severity and permanence of his visual limitations, Mr. Soto requires ongoing accommodations, support services, and accessibility modifications in order to function independently and safely in daily life.

If additional information is needed, please feel free to contact my office.

Sincerely,

*Dimitra Skondra*
**Dimitra Skondra, MD, PhD**
Retina Specialist
NYU Langone Health
22 East 41st Street, 3rd Floor
New York, NY 10017