# EXHIBIT "B"



Loading...



Filter          Sort by  ⌄



*aria-label="Add Oasis Mesh Dress - Black to wishlist"*

QUICK ADD ⌄

**Oasis Mesh Dress**                    **NEW!**

★ ★ ★ ★ ☆

$168



*aria-label="Add Paros Drawstring Linen Shirtdress - Mayfair Stripe to wishlist"*

QUICK ADD ⌄

**Paros Drawstring Linen Shirtdress**        **NEW!**

★ ★ ★ ★ ⯪

$268



*aria-label="Click to browse 3 more swatches paros-drawstring-linen-shirtdress-"*

aria  *ARIA-DISABLED="FALSE"*



Loading...


*aria-label="Add Dune Linen Shirtdress - Beach Stripe to wishlist"*


*aria-label="Add Islet Button-Down Linen Maxi Dress - Black to wishlist"*

QUICK ADD ⌄

**Dune Linen Shirtdress**

NEW!

★ ⊗ ★ ⊗ ★ ⊗ ★ ⊗ ⭒

$178

**Islet Button-Down Linen Maxi Dress**

★ ⊗ ★ ⊗ ★ ⊗ ★ ⊗ ⭒ ⊗

$188










*aria-label="Add Dune Linen Shirtdress - Black to wishlist"*


*aria-label="Add Cai High Neck Tank Dress - Black to wishlist"*

QUICK ADD ⌄

**Dune Linen Shirtdress**

★ ⊗ ★ ⊗ ★ ⊗ ★ ⊗ ⭒ ⊗

$158




QUICK ADD ⌄

**Cai High Neck Tank Dress**

★ ⊗ ★ ⊗ ★ ⊗ ★ ⊗ ⭒ ⊗

$78





*aria-label="Click to browse 2 more swatches cai-high-neck-tank-dress-"*



aria  *ARIA-DISABLED="FALSE"*



Loading...



*aria-label="Add Teresa Liquid Jersey V-Neck Dress - Black to wishlist"*



*aria-label="Add Halie T-Shirt Dress - Black to wishlist"*

QUICK ADD ⌄

**Teresa Liquid Jersey V-Neck Dress**



$108





*aria-label="Click to browse 1 more swatches teresa-liquid-jersey-v-neck-dress-"*



QUICK ADD ⌄

**Halie T-Shirt Dress**

$98





*aria-label="Add Kate Stretch Cotton Twill Jumpsuit - Black to wishlist"*



*aria-label="Add Mariella Stretch Cupro Dress - Rose Print in Deep Teal to wishlist"*

QUICK ADD ⌄

**Kate Stretch Cotton Twill Jumpsuit**

$248



QUICK ADD ⌄

**Mariella Stretch Cupro Dress**          NEW!



$288



aria  *ARIA-DISABLED="FALSE"*





Loading...



*aria-label="Add Odeon Stretch Poplin Shirtdress - Black to wishlist"*



*aria-label="Add Hamptons Smocked Shirtdress - Black to wishlist"*

QUICK ADD ⌄

**Odeon Stretch Poplin Shirtdress**

★ ✖ ★ ✖ ★ ✖ ★ ✖ ⯪ ✖

**$148**



*aria-label="Click to browse 3 more swatches odeon-stretch-poplin-shirtdress-"*



QUICK ADD ⌄

**Hamptons Smocked Shirtdress**

★ ✖ ★ ✖ ★ ✖ ★ ✖ ☆ ✖

**$188**





*aria-label="Add Iconic Stretch Linen Geneva Dress - Beach Stripe to wishlist"*



*aria-label="Add Athena Divine Jersey Dress - Black to wishlist"*

QUICK ADD ⌄

**Iconic Stretch Linen Geneva Dress**          **NEW!**



★ ✖ ★ ✖ ★ ✖ ★ ✖ ☆ ✖

**$208**



QUICK ADD ⌄

**Athena Divine Jersey Dress**

★ ✖ ★ ✖ ★ ✖ ★ ✖ ⯪ ✖

**$118**



aria   *ARIA-DISABLED="FALS




Loading...



*aria-label="Add Promenade Linen Jumpsuit - Black to wishlist"*



*aria-label="Add Cabana Linen Kaftan - Shoreline Sunset to wishlist"*

QUICK ADD ⌄

**Promenade Linen Jumpsuit**



$228



QUICK ADD ⌄

**Cabana Linen Kaftan**

$188



*aria-label="Add Louvre Bow Back Linen Dress - Black to wishlist"*



*aria-label="Add Crescent Breton Stripe Knot Dress - Black/White Stripe to wishlist"*

QUICK ADD ⌄

**Louvre Bow Back Linen Dress**



$188



QUICK ADD ⌄

**Crescent Breton Stripe Knot Dress**



$148





*aria-label="Click to browse 1 more swatches crescent-breton-stripe-knot-dress-"*



aria  *ARIA-DISABLED="FALSE"*

Loading...



*aria-label="Add Seville Chiffon Dress - Forest Green to wishlist"*



*aria-label="Add Cooling Stretch Cupro Savannah Dress - Forest Green to wishlist"*

QUICK ADD ⌄

**Seville Chiffon Dress**                **NEW!**



$228



QUICK ADD ⌄

**Cooling Stretch Cupro Savannah Dress**    **NEW!**



$248





*aria-label="Click to browse 2 more swatches cooling-stretch-cupro-savannah-dress-"*





*aria-label="Add Cooling Stretch Cupro Savannah Dress - Ensign Blue/White Stripe to wishlist"*



*aria-label="Add Cooling Stretch Cupro Savannah Dress - Brown Hacienda Print to wishlist"*

QUICK ADD ⌄

**Cooling Stretch Cupro Savannah Dress**



$298



QUICK ADD ⌄

**Cooling Stretch Cupro Savannah Dress**    **NEW!**



$298



  *ARIA-DISABLED="FALS*



Loading...


cooling-stretch-cupro-savannah-dress-"*



*aria-label="Click to browse 2 more swatches cooling-stretch-cupro-savannah-dress-"*



*aria-label="Add Bree Sweatshirt Dress - Black Cherry to wishlist"*



*aria-label="Add Belle Breton Stripe Jersey Dress - Deep Teal/Black Stripe to wishlist"*

QUICK ADD ⌄

QUICK ADD ⌄

**Bree Sweatshirt Dress**



$138



**Belle Breton Stripe Jersey Dress**

**NEW!**





$118



LOAD MORE





## Be in the Know

Sign up for the best emails in your inbox

Enter your email

*tabindex=-1*

*tabindex=0*

aria

*aria-required="true", aria-invalid="false"*

**Join**

*tabindex=0*

Loading...

  

 *aria-label="Visit us on Facebook, opens in a new tab"*

*aria-label="Visit us on Tiktok, opens in a new tab"*

*aria-label="Visit us on Instagram, opens in a new tab"*

*aria-label="Visit us on Pinterest, opens in a new tab"*



**Chat with US**
Monday - Friday
10 AM - 6 PM EST
Fastest response





*aria-label="Email US Icon"*
**Email US**
us@universalstandard.net
10 AM - 6 PM EST
24 - 48 hour response time



**Help Center**
Learn More



**COMPANY**
Our Story
Our Size Philosophy
Fit Liberty
Fit Liberty FAQ
US Journal
Wholesale
Reviews



**CUSTOMER SUPPORT**
Help Center
Returns & Exchanges
Return Policy
Fit Liberty Exchange
Accessibility



**PERKS**
Pose with US
My Account
Gift Cards
Affiliate Program



**SIZING**
Find My Size
Size Chart

 ▼

UNITED STATES (USD)

PRIVACY POLICY

 *CALIFORNIA CONSUMER PRIVACY ACT (CCPA) OPT-OUT ICON* YOUR PRIVACY CHOICES

TERMS OF SERVICE

©2026 UNIVERSAL STANDARD INC - ALL RIGHTS RESERVED

*ARIA-DISABLED="FALSE"*







Loading...









*aria-label="Live chat"*



 aria *ARIA-DISABLED="FALSE"*

## WAVE
web accessibility evaluation tool

powered by
**WebAIM**

Styles: OFF ○ ON

## Details

Details   Reference   Order   Structure   Contrast

| ❌ **111** Errors | ◐ **0** Contrast Errors | ⚠️ **896** Alerts |
|---|---|---|
| ✅ **114** Features | **22** Structure | **232** ARIA |

AIM Score: 3.4 out of 10

☑️ ❌ **111 Errors**

☑️ 1 Missing alternative text ℹ️

☑️ 1 Missing form label ℹ️

☑️ 3 Empty button ℹ️

☑️ 106 Empty link ℹ️

☑️ ⚠️ **896 Alerts**

☑️ 23 A nearby image has the same alternative text ℹ️

☑️ 38 Long alternative text ℹ️

---

The following apply to the entire page:

*en*

h1 ⚠️

Take EXTRA 30% OFF Final Few. Use Code: EXTRA

aria *role="group"* | *aria-label="2 / 3"*

FREE Shipping. FAST Returns. Sizes 00-40.

aria *role="group"*

h2

*Spring & Linen Dresses*

☰    UNIVERSAL STANDARD    *aria-label="Universal Standard Logo"*    🔍 🛍️

**ALL STYLES**    **BEST SELLERS**

**All**

aria *role="group"* *aria-label="1 / 8"*

**Best Selling Dresses**

aria *role="group"* *aria-label="2 / 8"*

**Spring & Linen Dresses**

aria *role="group"* *aria-label="3 / 8"*

**Work Dresses**

aria *role="group"* *aria-label="4 / 8"*

**Jumpsuits**

aria *role="group"* *aria-label="5 / 8"*

*ALSE"*

Loading...





Filter ⇌    Sort by ⌄



*aria-label="Add Oasis Mesh Dress - Black to wishlist"*



*aria-label="Add Tish Divine Jersey Kaftan - Shoreline Sunset to wishlist"*

QUICK ADD ⌄                         QUICK ADD ⌄

Oasis Mesh Dress              NEW!    Tish Divine Jersey Kaftan       NEW!

 

$168                                $124





*aria-label="Add Cai High Neck Tank Dress - Ink Blue/White Stripe to wishlist"*

FIT LIBERTY



*aria-label="Add Dune Linen Shirtdress - Black to wishlist"*

BEST SELLER

QUICK ADD ⌄                         QUICK ADD ⌄

Cai High Neck Tank Dress      NEW!    Dune Linen Shirtdress

    

aria   *ARIA-DISABLED="FALSE"*



Loading...

$98



*aria-label="Click to browse 2 more swatches cai-high-neck-tank-dress-"*



*aria-label="Add Cabana Linen Kaftan - Shoreline Sunset to wishlist"*



*aria-label="Add Cai High Neck Tank Dress - Black to wishlist"*

QUICK ADD ∨

**Cabana Linen Kaftan**

 

$188

QUICK ADD ∨

**Cai High Neck Tank Dress**

 

$78

*aria-label="Click to browse 2 more swatches cai-high-neck-tank-dress-"*



aria  *ARIA-DISABLED="FALSE"*

Loading...



*aria-label="Add Dune Linen Shirtdress - Acai to wishlist"*



*aria-label="Add Dune Linen Shirtdress - Beach Stripe to wishlist"*

QUICK ADD ∨

**Dune Linen Shirtdress**

★  ★ ★ ★

$158



QUICK ADD ∨

**Dune Linen Shirtdress**    **NEW!**

★  ★ ★ ★

$178







*aria-label="Add Dune Linen Shirtdress - Hyper Pink to wishlist"*

QUICK ADD ∨

**Dune Linen Shirtdress**    **NEW!**

★ ★ ★ ★

$158





*aria-label="Add Kite Linen Dress - Acai to wishlist"*

QUICK ADD ∨

**Kite Linen Dress**

★ ★ ★ ★ ★

$228





aria    *ARIA-DISABLED="FALSE"*

Loading...



*aria-label="Add Cai High Neck Tank Dress - Ruby Red to wishlist"*



*aria-label="Add Kite Linen Dress - Black to wishlist"*

QUICK ADD ⌄

**Cai High Neck Tank Dress**

★ ★ ★ ★ ★

$78





*aria-label="Click to browse 2 more swatches cai-high-neck-tank-dress-"*



QUICK ADD ⌄

**Kite Linen Dress**

★ ★ ★ ★ ★

$228





*aria-label="Add Cai High Neck Tank Dress Black Cherry to wishlist"*



*aria-label="Add Kris Divine Jersey Kaftan - Black to wishlist"*

QUICK ADD ⌄

**Cai High Neck Tank Dress**

★ ★ ★ ★ ★

$78





 *ARIA-DISABLED="FALSE"* -label="Click to browse 2 more swatches c high-neck-tank-dress-"*

QUICK ADD ⌄

**Kris Divine Jersey Kaftan**

★ ★ ★ ★ ★

$124





Loading...





64% OFF

*aria-label="Add Iconic Geneva Tank Dress - Eclipse Print to wishlist"*



*aria-label="Add Kite Linen Dress - Ink Bloom Print to wishlist"*

QUICK ADD ⌄

QUICK ADD ⌄

Iconic Geneva Tank Dress          NEW!



★  ★ ★ ★ ★

Kite Linen Dress

★ ★ ★ ★ ★

$248

~~$126~~ $45

SAVE 64%

**Final Sale**

 

*aria-label="Click to browse 1 more swatches iconic-geneva-tank-dress-"*

NO CODE NEEDED. BUY 3+ STYLES SAVE AN EXTRA 15%.



*aria-label="Add Cabana Linen Kaftan - Black to wishlist"*

BEST SELLER



*aria-label="Add Sunset Linen Flounce Dress - Shoreline Sunset to wishlist"*

QUICK ADD ⌄

QUICK ADD ⌄

 *ARIA-DISABLED="FALSE"*

Cabana Linen Kaftan

.inen Flounce Dress



Loading...

$188

$228

*aria-label="Add Cabana Linen Kaftan - Yellow Confetti Print to wishlist"*

*aria-label="Add Cabana Linen Kaftan - Acai to wishlist"*

QUICK ADD ∨

QUICK ADD ∨

**Cabana Linen Kaftan**          NEW!

**Cabana Linen Kaftan**          NEW!

$208

$188

*aria-label="Add Iconic Geneva Tank Dress - Lapis to wishlist"*

61% OFF

*aria-label="Add Cai High Neck Tank Dress - Florentine Print to wishlist"*

FIT LIBERTY

QUICK ADD ∨

QUICK ADD ∨

**Iconic Geneva Tank Dress**

**Cai High Neck Tank Dress**          NEW!

~~$116~~ **$45**

SAVE 61%

**Final Sale**



*ARIA-DISABLED="FALSE"*

Loading...



*aria-label="Click to browse 1 more swatches iconic-geneva-tank-dress-"*

NO CODE NEEDED. BUY 3+ STYLES SAVE AN EXTRA 15%.





*aria-label="Click to browse 2 more swatches cai-high-neck-tank-dress-"*



61% OFF

BEST SELLER

*aria-label="Add Iconic Geneva Tank Dress - Black to wishlist"*



BEST SELLER

*aria-label="Add Sunset Linen Flounce Dress - Black to wishlist"*

QUICK ADD ⌄

**Iconic Geneva Tank Dress**

★ ✕ ★ ✕ ★ ✕ ★ ✕ ⯨ ✕

~~$116~~ **$45**

SAVE 61%

**Final Sale**



*aria-label="Click to browse 1 more swatches iconic-geneva-tank-dress-"*

NO CODE NEEDED. BUY 3+ STYLES SAVE AN EXTRA 15%.



QUICK ADD ⌄

**Sunset Linen Flounce Dress**

★ ✕ ★ ✕ ★ ✕ ★ ✕ ★ ✕

**$228**



LOAD MORE



h2

**Be in the Know**

Sign up for the best emails in your inbox

Enter your email

 *tabindex=-1*



 *ARIA-DISABLED="FALSE"* bindex=0*



Loading...



Join

*tabindex=0*

*aria-label="Visit us on Facebook, opens in a new tab"*

*aria-label="Visit us on Tiktok, opens in a new tab"*

*aria-label="Visit us on Instagram, opens in a new tab"*

*aria-label="Visit us on Pinterest, opens in a new tab"*

**Chat with US**
Monday - Friday
10 AM - 6 PM EST
Fastest response

*aria-label="Email US Icon"*

**Email US**
us@universalstandard.net
10 AM - 6 PM EST
24 - 48 hour response time

**Help Center**
Learn More

**COMPANY**
Our Story
Our Size Philosophy
Fit Liberty
Fit Liberty FAQ
US Journal
Wholesale
Reviews

**PERKS**
Pose with US
My Account
Gift Cards
Affiliate Program

**SIZING**
Find My Size
Size Chart

**CUSTOMER SUPPORT**
Help Center
Returns & Exchanges
Return Policy
Fit Liberty Exchange
Accessibility



UNITED STATES (USD)

PRIVACY POLICY



*ARIA-DISABLED="FALSE"*



Loading...

 CALIFORNIA CONSUMER PRIVACY ACT (CCPA) OPT-OUT ICON* YOUR PRIVACY CHOICES

©2026 UNIVERSAL STANDARD INC - ALL RIGHTS RESERVED

















*aria-label="Live chat"*



 aria *ARIA-DISABLED="FALSE"*

