USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                           :

FRANCISCO SOTO,                                    :

                           :

                   Plaintiff,    :          1:26-cv-4731-GHW

                           :

          -v-                            :          ORDER

                           :

UNIVERSAL STANDARD, INC.,                :

                           :

                   Defendant.   :

                           :

--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       Plaintiff has filed a notice of voluntary dismissal under Rule 41(a)(1)(A)(i).  Dkt. No. 9.

Because Defendant has answered the complaint, Dkt. No. 8, Rule 41(a)(1)(A)(i) does not apply.

Plaintiff may dismiss the action only by filing a stipulation of dismissal signed by all appearing

parties under to Rule 41(a)(1)(A)(ii) or by moving for dismissal under Rule 41(a)(2).

       SO ORDERED.

Dated: June 25, 2026
       New York, New York

                                             _____
                                             GREGORY H. WOODS
                                        United States District Judge